# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3282/3429

_____

| | | |
|---|---|---|
| Major Brands, Inc., | * | |
| | * | |
| Appellant/Cross-Appellee, | * | |
| | * | |
| v. | * | Appeals from the United States |
| | * | District Court for the Western |
| International Insurance Company, | * | District of Missouri. |
| | * | |
| Appellee/Cross-Appellant; | * | [UNPUBLISHED] |
| | * | |
| Royal Insurance Company of America, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: May 13, 1999

Filed: May 28, 1999

_____

Before WOLLMAN, Chief Judge, FLOYD R. GIBSON and BEAM, Circuit Judges.

_____

PER CURIAM.

Major Brands appeals the district court's[1] adverse grant of summary judgment in its diversity action against International Insurance Company and Royal Insurance Company. We review a grant of summary judgment under a well-established standard.

---

[1]The HONORABLE D. BROOK BARTLETT, Chief Judge, United States District Court for the Western District of Missouri.

Because this is a diversity case, we review <u>de novo</u> questions of state law. Having considered the parties' submissions and heard oral argument, we affirm. We are satisfied that the district court correctly applied the controlling law and that no error occurred below. Because the case is governed by state law and an opinion would lack significant precedential value, we affirm the district court without a comprehensive opinion.[2] <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]We note that International Insurance Company's cross-appeal is rendered moot by our disposition of the case.